UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/2021
```

ANDRES SCAMINACI,

               Plaintiff,

-against-

OMAR JAFFREY,

               Defendant.

21-cv-321 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of Plaintiff's application for a preliminary injunction [ECF #4, 6, 7, 8]. IT IS HEREBY ORDERED that Defendant shall file any response by January 19, 2021 at 9:00 AM. IT IS FURTHER ORDERED that the parties shall appear for a hearing on Plaintiff's application for a preliminary injunction on January 22, 2021 at 11:00 AM. The hearing will be held by telephone. To join, dial 888-278-0296 at the scheduled time. When prompted, enter Access Code 5195844.

**SO ORDERED.**

**Date: January 14, 2021**
      **New York, NY**

_Mary Kay Vyskocil_
**MARY KAY VYSKOCIL**
**United States District Judge**