```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRES SCAMINACI,

                Plaintiff,

       -against-

OMAR JAFFREY,

                Defendant.

21-cv-321 (MKV)

SEALING ORDER

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of letter motions from the parties and proposed intervenor seeking to redact certain filings to protect confidential business information [ECF #12, 15, 19, 30]. These requests are GRANTED. The public has a presumptive right of access to the filings in question. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 124 (2d Cir. 2006). However, courts in this circuit regularly permit redactions that are narrowly tailored to protect "sensitive and proprietary information." *Awestruck Mktg. Grp., LLC v. Black Ops Prods.*, LLC, 2016 WL 8814349, at *2 (S.D.N.Y. June 20, 2016). The Court has carefully reviewed all of the redactions and finds that they are narrowly tailored to protect confidential business information. Thus, the Court will maintain the unredacted versions of the documents under seal. The Clerk of Court is respectfully directed to terminate the letter motions pending at docket entries 12, 15, 19, and 30.

**SO ORDERED.**

Date:  January 22, 2021
       New York, NY

                */s/ Mary Kay Vyskocil*
                **MARY KAY VYSKOCIL**
                **United States District Judge**