| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 5/3/2021 |

ANDRES SCAMINACI,

                Plaintiff,

-against-

OMAR JAFFREY,

                Defendant.

21-cv-321 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of the parties' letters about Defendant's contemplated motion to dismiss [ECF #42, 43] and the parties' joint request for a stay of this action [ECF #44]. IT IS HEREBY ORDERED that Defendant shall file any motion to dismiss by June 3, 2021. Plaintiff shall respond by June 17, 2021, and Defendant shall reply by June 24, 2021.

      The Clerk of Court is respectfully directed to terminate the letter motions pending at docket entries 42 and 44.

**SO ORDERED.**

**Date: May 3, 2021**  
**New York, NY**

                _/s/ Mary Kay Vyskocil_  
                **MARY KAY VYSKOCIL**  
                **United States District Judge**