# KASOWITZ BENSON TORRES LLP

1633 BROADWAY
NEW YORK, NEW YORK 10019
(212) 506-1700
FAX: (212) 506-1800

MARC E. KASOWITZ
DIRECT DIAL: (212) 506-1710
DIRECT FAX: (212) 835-5010
MKasowitz@kasowitz.com

ATLANTA
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY
WASHINGTON DC

August 23, 2021

Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/24/2021

Re:   *Scaminaci v. Jaffrey*, Case No. 1:21-cv-00321-MKV

Dear Judge Vyskocil:

We represent Plaintiff Andres Scaminaci in the above-captioned action.  Pursuant to Your Honor's Individual Rules of Practice in Civil Cases, we write with the consent of Defendant to respectfully request an adjournment of the briefing of Defendant's Motion to Dismiss Plaintiff's Amended Complaint (the "Motion") (ECF Nos. 53-54) pending a mediation that the parties have scheduled with David Geronemus of JAMS for September 23, 2021, to see if the parties can resolve this case without the need for further motion practice.  We respectfully request that Plaintiff's opposition be due two weeks after the mediation (October 7, 2021), and that Defendant's reply be due three weeks thereafter (October 28, 2021).

We previously requested that Plaintiff's opposition to the Motion be due September 2, 2021 (originally August 12, 2021), and that Defendant's reply in further support of the Motion be due September 23, 2021 (originally August 19, 2021) by a letter motion, filed on August 3, 2021 and granted on August 4, 2021 (ECF Nos. 55-56).  We also previously filed a joint letter seeking a 60-day stay of this action on April 2, 2021 (ECF No. 44).  On June 29, 2021, the Court entered an order granting Defendant's request for a three-week extension of time to respond to the Amended Complaint (ECF Nos. 50, 52).

Respectfully submitted,

/s/ *Marc E. Kasowitz*

Marc E. Kasowitz

cc.:   Counsel of Record (by ECF)

GRANTED.  Plaintiff's Opposition is due on or before October 7, 2021 and Defendant's reply is due on or before October 28, 2021.  SO ORDERED.

Date:   8/24/2021
New York, New York

Mary Kay Vyskocil
United States District Judge