UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANDRES SCAMINACI,

                Plaintiff,

    -against-

OMAR JAFFREY,

                Defendant.
-------------------------------------------------------------X

21 CIVIL 321 (MKV)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2022, Jaffrey's motion to dismiss the Amended Complaint is GRANTED. Scaminaci's claim for breach of the 2018 Agreement is dismissed without prejudice. All remaining claims are dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
         March 31, 2022

                                        RUBY J. KRAJICK
                                        Clerk of Court

                   BY:
                                                Deputy Clerk