```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/4/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRES SCAMINACI,

                Plaintiff,

-against-

OMAR JAFFREY,

                Defendant.

21-cv-321 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of Plaintiff's motion to seal. [ECF No. 84.] The requests to seal are provisionally granted, pending resolution of the parties' motions for summary judgment. [*See* ECF No. 84].

    The Clerk of Court is respectfully requested to close docket entries 84.

**SO ORDERED.**

Date: October 4, 2023
New York, NY

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**

1